# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TODD A. PHIPPS, | No. CV 17-3574-JFW (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| STEVEN LANGFORD, | |
| Respondent. | |

Pursuant to the order accepting findings, conclusions, and recommendation of the Magistrate Judge, IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: October 3, 2017

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE